# United States Court of Appeals
## For the First Circuit

No. 09-1200

ARCADIO APONTE-ROSARIO, as Resident of Las Gladiolas Public
Housing Project; MIRTA COLÓN-PELLICIER, as Resident of
Las Gladiolas Public Housing Project; IRIS MARGARITA APONTE-
MARRERO, as Resident of Las Gladiolas Public Housing Project,

Plaintiffs, Appellants,

ROSSANA DE LEÓN-RIVERA, as Resident of Las Gladiolas Public
Housing Project; LUZ ELENA RAMOS-AYALA, as Resident of
Las Gladiolas Public Housing Project,

Plaintiffs,

v.

ANÍBAL ACEVEDO-VILÁ, Governor of The Commonwealth of
Puerto Rico; JORGE RIVERA, Secretary of the Department of
Housing of the Commonwealth of Puerto Rico; CARLOS LABOY,
Director of the Puerto Rico Public Housing Administration,

Defendants, Appellees,

ALPHONSO JACKSON, Secretary of the United States Department of
Housing and Urban Development; MICHAEL COLÓN, Director,
Field Office; OLGA SÁEZ, Housing Director of the Office for
the Puerto Rico/Virgin Islands of the United States Department
of Housing and Urban Development; AMERICAN MANAGEMENT, INC.,

Defendants.

No. 09-1362

ARCADIO APONTE-ROSARIO, as Resident of Las Gladiolas Public
Housing Project; MIRTA COLÓN-PELLICIER, as Resident of
Las Gladiolas Public Housing Project; IRIS MARGARITA APONTE-
MARRERO, as Resident of Las Gladiolas Public Housing Project,

Plaintiffs, Appellants,

ROSSANA DE LEÓN-RIVERA, as Resident of Las Gladiolas Public
Housing Project; LUZ ELENA RAMOS-AYALA, as Resident of
Las Gladiolas Public Housing Project,

Plaintiffs,

v.

ALPHONSO JACKSON, Secretary of the United States Department of
Housing and Urban Development; MICHAEL COLÓN, Director,
Field Office; OLGA SÁEZ, Housing Director of the Office for
the Puerto Rico/Virgin Islands of the United States Department
of Housing and Urban Development,

Defendants, Appellees,

ANÍBAL ACEVEDO-VILÁ, Governor of The Commonwealth of
Puerto Rico; JORGE RIVERA, Secretary of the Department of
Housing of the Commonwealth of Puerto Rico; CARLOS LABOY,
Director of the Puerto Rico Public Housing Administration.

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on July 28, 2010, is amended
as follows:

On page 4, line 1: replace "Plaintiff-Apellants" with
"Plaintiff-Appellants".

On page 11, lines 8 & 11, and on page 20, line 16: replace
"February 25, 2005" with "February 22, 2005.